## PINKSTON v. BALDWIN, LIMA, HAMILTON CO.

No. 220 PC.

Case below: 29 N.C. App. 604.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 1 September 1976.

## PRICE v. HORN

No. 243 PC.

Case below: 30 N.C. App. 10.

Petition by defendants for discretionary review under G.S. 7A-31 denied 24 August 1976.

## REEVES v. JURNEY

No. 233 PC.

Case below: 29 N.C. App. 739.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.

## REEVES v. MUSGROVE

No. 216 PC.

Case below: 29 N.C. App. 760.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

## STATE v. AARON

No. 203 PC.

Case below: 29 N.C. App. 582.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 September 1976.